Charles Mueller, Respondent, v. The Brooklyn Heights Railroad Company,

Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.